**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO. _____

IASIA OWENS

        Plaintiff,

v.                                                                L.T. Case No.: 26-CC-007485

INNOVIS DATA SOLUTIONS, INC,

        Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Innovis Data Solutions, Inc. ("Innovis") hereby files this Notice of Removal from the County Court, Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, in which the action is now pending under Case Number 26-CC-007485, to the United States District Court for the Middle District of Florida, and respectfully states as follows:

### I.      FACTUAL BACKGROUND

On February 23, 2026, Plaintiff Iasia Owens commenced an action by filing a complaint in the County Court in and for Hillsborough County, Florida, Case No.: 26-CC-007485, styled *Iasia Owens v. Innovis Data Solutions, Inc.* ("State Court Action"). On March 6, 2026, Innovis was served with the complaint. Plaintiff's complaint alleges a cause of action under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"). Innovis has not filed an answer or otherwise responded to Plaintiff's complaint. As of the date and time of filing this Notice of Removal, the State Court Action has not been set for trial.

Innovis seeks to remove Plaintiff's complaint to the United States District Court for the Middle District of Florida. Innovis's notice of removal is timely pursuant to 28 U.S.C. § 1446(b).

Specifically, Innovis's deadline to remove the action is April 6, 2026, thirty (30) days from the date of service of the complaint. *See* 28 U.S.C. § 1446(b); *Bailey v. Janssen Pharmaceutical, Inc.*, 536 F.3d 1202, 1205 (11th Cir. 2008).

Pursuant to 28 U.S.C. § 1446(a), Innovis attaches hereto as **Composite Exhibit A**, a copy of the state court file in this action, including copies of all process, pleadings, orders and other papers or exhibits of every kind. Innovis represents that it will file with the Clerk of the County Court in and for Hillsborough County, Florida, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d), and will give written notice thereof to Plaintiff. A copy of said Notice, without exhibits, is attached hereto as **Exhibit B**.

Pursuant to 28 U.S.C. § 1441(d), venue properly rests in the United States District Court for the Middle District of Florida, because the District Court embraces the County Court of the Thirteen Judicial Circuit in and for Hillsborough County, Florida where the State Court Action was originally commenced.  Under 28 U.S.C. § 1446(a), this Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

## II.    <u>GROUNDS FOR REMOVAL</u>

The above-described action is a civil action in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by Innovis pursuant to the provisions of 28 U.S.C. § 1441. Under 28 U.S.C. § 1331, "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." A case is deemed to arise under "the law that creates the cause of action." *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 8-9 (1983) (*quoting American Well Works Co. v. Layne & Bowler Co.*, 241 U.S. 257, 260 (1916)); *Provident Life & Accident Ins. Co. v. Waller*, 906 F.2d 985, 988 (4th Cir.); *West 14th Street Commercial Corp. v. 5 West 14th Owners Corp.*, 815 F.2d 188, 192 (2d Cir.); *White v. Matthews*, 420 F. Supp. 882, 887

(D. S.D. 1976). In other words, a claim gives rise to federal jurisdiction if it is "founded directly upon federal law." *Robinson v. Wichita Falls & North Texas Community Action Corp.*, 507 F.2d 245, 249 (5th Cir. 1975).

Here, Plaintiff's complaint gives rise to federal jurisdiction through allegations that Innovis allegedly violated the FCRA. *See* Compl, ¶ 1. Removal is, therefore, appropriate given that Plaintiff's FCRA claim arises under the laws of the United States. *See* 28 U.S.C. § 1331.

### III.    ADOPTION AND RESERVATION OF DEFENSES

Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Innovis's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitration of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Fed. R. Civ. P. 12, any state or federal statute, or otherwise.

In the event the Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Innovis respectfully request the opportunity to submit additional arguments or evidence in support of removal as may be necessary.

### IV.    CONCLUSION

Removal of this case is timely and appropriate, and this Court has federal question jurisdiction over this action. Innovis respectfully requests that this Court take jurisdiction over this matter and remove this action from the County Court in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

Dated:  April 3, 2026

**TROUTMAN PEPPER LOCKE LLP**
*Counsel for Defendant*
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, Florida 33401
Tel.:   (561) 833-7700
Fax:   (561) 655-8719


By: */s/ Steven J. Brotman*
       Steven J. Brotman
       Florida Bar Number: 85750
       steven.brotman@troutman.com

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on April 3, 2026, I presented the foregoing Notice of Removal to the Clerk of Court for filing and uploading to the CM/ECF system.  I further certify that I served a copy of the foregoing via electronic service to:

Cortney Walters, Esq.
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
pleadings@cewlawoffice.com
*Counsel for Plaintiff*


                              By: /s/ *Steven J. Brotman*
                                    Steven J. Brotman


327006028